UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

JUAN CARLOS MURILLO-RUVALCABA  §
                                                         §
vs.                                                      §      NO:   MO:22-CV-00039-DC
                                                         §
ROLLING PLAINS DETENTION CENTER   §

## **FINAL ORDER OF TRANSFER**

On this day, the Court entered an Order *sua sponte* transferring this cause to the United States District Court for the Northern District of Texas, Abilene Division.

Accordingly, Plaintiff's Complaint, filed pursuant to 42 U.S.C. §1983, shall be **TRANSFERRED** to the United States District Court for the Northern District of Texas, Abilene Division in the interest of justice and pursuant to the venue statutes.

It is so **ORDERED.**

**SIGNED this 24th day of February, 2022.**

**DAVID  COUNTS**
**UNITED STATES DISTRICT JUDGE**